Benjamin J. Rowland (7-5654)
DAVIS & CANNON, LLP
422 W. 26th Street
Cheyenne, WY 82001
Telephone: (307) 634-3210
Facsimile: (307) 778-7118
browland@davisandcannon.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GLOBAL BIO RESOURCES, INC., a Wyoming corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 22-CV-68-SWS ) |
| JAKE CANTRELL, KEN MORGAN, TERRY DIARDICHUK, MICHAEL MURRAY, and DAREL MOE, individuals, | ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Global Bio Resources, Inc. ("GBR"), by and through its undersigned counsel, DAVIS & CANNON, LLP, and Defendants, by and through their undersigned counsel, HATHAWAY & KUNZ, LLP, hereby file this *Stipulated Motion to Dismiss with Prejudice*.  In support, the Parties state:

1. This Court entered its Order on Mediation on June 7, 2023.  ECF No. 105.

2. The Parties held a mediation on June 27, 2023.

3. At the mediation, the Parties successfully concluded a verbal settlement agreement resolving all claims at issue in this litigation.

4. The terms of the settlement agreement provide that (1) Defendants waive any and all claims to be shareholders in GBR and any claim for compensation from GBR is hereby satisfied upon the completion of the terms of the settlement agreement and, therefore, any and all other claims for compensation of any kind, type, or class are waived upon completion thereof; (2) no Defendant shall make any further claim that any such consent action is or was effective to remove the GBR Directors consisting of Messrs. Wardian, Chapman, and Grainey and officers consisting of Mr. Wardian as CEO/President and Mr. Chapman at Vice President; and (3) no Defendant shall make any further claim that any purported corporate action is or was effective to remove the GBR Directors consisting of Messrs. Wardian, Chapman, and Grainey and officers consisting of Wardian as CEO/President and Chapman as Vice President.  In exchange, GBR is compensating Defendants for services performed as founders of the company.

5. WHEREFORE, the Parties respectfully request the Court grant their *Stipulated Motion to Dismiss with Prejudice*.

**[SIGNATURE PAGE FOLLOWS]**

Dated this 26th day of July, 2023.

                         DAVIS & CANNON, LLP

                         By: /s/ Benjamin J. Rowland
                              Benjamin J. Rowland (7-5654)
                              422 W. 26th Street
                              Cheyenne, WY 82001
                              Telephone: (307) 634-3210
                              Facsimile: (307) 778-7118
                              browland@davisandcannon.com

                              *Attorney for Original Plaintiff*


                         HATHAWAY & KUNZ, LLP

                         By: /s/ Sean M. Larson
                              Lucas Buckley (6-3997)
                              Sean M. Larson (7-5112)
                              P. O. Box 1208
                              Cheyenne, WY 82003
                              Telephone: (307) 634-7723
                              Facsimile: (307) 634-0985
                              lbuckley@hkwyolaw.com
                              slarson@hkwyolaw.com

                              *Attorneys for Defendants*

## **CERTIFICATE OF EXCHANGE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing on the 26th day of June, 2023, to the following:

Lucas Buckley
Sean M. Larson
Hathaway & Kunz
P. O. Box 1208
Cheyenne, WY 82003
lbuckley@hkwyolaw.com
slarson@hkwyolaw.com
*Attorneys for Defendants*

                                  By:      /s/ Benjamin J. Rowland
                                           Davis & Cannon, LLP