IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 JUL 26 PM 3:29

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| GLOBAL BIO RESOURCES, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAKE CANTRELL, KEN MORGAN, TERRY DIARDICHUK, MICHAEL MURRAY, and DAREL MOE, individuals,<br><br>Defendants. | Civil Action No. 22-CV-68-SWS |

**ORDER GRANTING STIPULATED
MOTION TO DISMISS WITH PREJUDICE**

This matter came before the Court on the Parties' *Stipulated Motion to Dismiss with Prejuidice* (ECF No. 125). The Court, being fully advised, FINDS and ORDERS that the *Stipulated Motion to Dismiss with Prejuidice* (ECF No. 125) is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(2), this case is hereby DISMISSED WITH PREJUDICE.

DATED this 26TH day of July, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE